**DISMISS and Opinion Filed February 19, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01577-CV**

**MAAK ENTERPRISES, LLC, KIRK CARRELL ENTERPRISES, LLC AND KIRK CARRELL, Appellants**
**V.**
**CAMP TRIAL GROUP, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17223**

## MEMORANDUM OPINION
Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

Before the Court is the parties' February 12, 2020 motion for voluntary dismissal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191577F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAAK ENTERPRISES, LLC, KIRK
CARRELL ENTERPRISES, LLC AND
KIRK CARRELL, Appellants

No. 05-19-01577-CV     V.

CAMP TRIAL GROUP, Appellee

On Appeal from the 95th District Court,
Dallas County, Texas
Trial Court Cause No. DC-17-17223.
Opinion delivered by Justice Osborne.
Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, we **ORDER** that appellee CAMP TRIAL GROUP recover its costs of this appeal from appellants MAAK ENTERPRISES, LLC, KIRK CARRELL ENTERPRISES, LLC AND KIRK CARRELL.

Judgment entered February 19, 2020